# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 2:18 CR 10** |
| | ) | |
| **JONQUEL LAWSON** | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 16), to which the defendant has not objected, and subject to this court's consideration of the Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(c)(3), the Magistrate Judge's findings are now **ADOPTED**, defendant's plea of guilty to the offenses charged in Counts 1 and 2 of the Indictment is now hereby **ACCEPTED**, and defendant is **ADJUDGED GUILTY** of those offenses. A sentencing date will be set under separate order.

### SO ORDERED.

Date: April 30, 2019

s/James T. Moody_____
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT